**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **CARLTON SPEER, MALENA DENNIS,** | ) | |
| **and ZACHARIAH DUNCAN, individually** | ) | |
| **and on behalf of all others similarly** | ) | |
| **situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **V.** | ) | No.: 3:22-cv-00426 |
| | ) | |
| **UCOR LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

_____

**NOTICE OF WITHDRAWAL**
_____

      **PLEASE TAKE NOTICE** that Nelson Law Group, PLLC files this Notice of Withdrawal of

Gina M. Modica as counsel for Plaintiffs. Attorneys Jesse D. Nelson and Clint J. Coleman, of Nelson

Law Group, PLLC will remain as counsel.

RESPECTFULLY SUBMITTED,

_s/ Jesse D. Nelson_____
JESSE D. NELSON (BPR # 025602)
CLINT J. COLEMAN (BPR # 038413)
NELSON LAW GROUP, PLLC
10263 Kingston Pike
Knoxville, TN 37922
(865) 383-1053
jesse@NLGattorneys.com
clint@NLGattorneys.com

*Attorneys for Carlton Speer, Malena Davis,*
*and Zachariah Duncan, on their own behalf*
*and on behalf of all others similarly situated*

1

<u>CERTIFICATE OF SERVICE</u>

      I certify that this document or pleading was served via this Court's ECF Filing System on all users authorized and directed to receive such service. Dated: February 22, 2023.


      William S. Rutchow
      Darius Walker, Jr.
      401 Commerce Street, Suite 1200
      Nashville, TN 37219
      William.rutchow@ogletree.com
      Darius.walker@ogletree.com

      Luci Nelson
      300 North Main Street
      Greenville, SC 29601
      Luci.nelson@ogletree.com


      *s/ Jesse D. Nelson*