IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| CARLTON SPEER, MALENA DENNIS, and ZACHARIAH DUNCAN, | ) ) ) ) ) ) ) ) ) ) | Case No. 3:22-cv-00426-TRM-JEM |
|---|---|---|
| Plaintiffs, | | |
| v. | | |
| UCOR LLC, | | |
| Defendant. | | |

## JOINT APPENDIX

| | EXHIBITS | PAGE NUMBER |
|---|---|---|
| 1 | Deposition Excerpts of Plaintiff Carlton Speer | JA 001 to JA 015 |
| 2 | Deposition Excerpts of Plaintiff Malena Dennis | JA 016 to JA 032 |
| 3 | Deposition Excerpts of Plaintiff Zachariah Duncan | JA 033 to JA 045 |
| 4 | Declaration of Charles Malarkey, *Speer I*, ECF 16 | JA 046 to JA 064 |
| 5 | Declaration of Clinton Wolfley, *Speer I*, ECF 17 | JA 065 to JA 073 |
| 6 | Deposition Excerpts of Charles Malarkey | JA 074 to |

| | | JA 092 |
|---|---|---|
| 7 | Deposition Excerpts of Clinton Wolfley | JA 093 to JA 122 |
| 8 | Deposition Excerpts of Mary Alice Douglass | JA 123 to JA 132 |
| 9 | Deposition Excerpts of Len Morgan | JA 133 to JA 147 |
| 10 | Deposition Excerpts from Yolanda Riggs | JA 148 to JA 151 |
| 11 | Riggs Clinic Visit History (Ex. 4 to Riggs Deposition) | JA 152 to JA 154 |
| 12 | 8/12/2021 COVID-19 Enhanced Mission Ready Requirements Standing Order | JA 155 to JA 160 |
| 13 | 8/30/2021 New Vaccination Requirements (Ex. 1 to Wolfley Declaration, *Speer I*, ECF 17-1) | JA 161 to JA 171 |
| 14 | Religious Exemption Matrix, *Speer I*, ECF 16-15 | JA 172 |
| 15 | Excerpt from UCOR's Exemption Matrix for Plaintiffs, *Speer I*, ECF 15-2 | JA 173 |
| 16 | Job Function Description for Radiation Protection Technician (*Speer I*, ECF 16-3) | JA 174 to JA 181 |

| 17 | Speer Memorandum of Agreement (*Speer I*, ECF 16-4) | JA 182 to JA 183 |
| --- | --- | --- |
| 18 | Staffing Requisition for Material Clerk (*Speer I*, ECF 16-7) | JA 184 |
| 19 | Speer Religious Exemption Request Form (*Speer I*, ECF 16-5) | JA 185 to JA 191 |
| 20 | Dennis Religious Exemption Request Form (*Speer I*, ECF 16-6) | JA 192 to JA 199 |
| 21 | Duncan Religious Exemption Request Form (*Speer I*, ECF 16-8) | JA 200 to JA 212 |
| 22 | Speer Answers to Interrogatories | JA 213 to JA 228 |
| 23 | Dennis Answers to Interrogatories | JA 229 to JA 245 |
| 24 | Duncan Answers to Interrogatories | JA 246 to JA 261 |
| 25 | Speer EEOC Charge (*Speer I*, ECF 28-1) | JA 262 to JA 263 |
| 26 | Duncan EEOC Charge (*Speer I*, ECF 28-2) | JA 264 to JA 265 |

| 27 | Dennis EEOC Charge (*Speer I*, ECF 28-3) | JA 266 to JA 267 |
| 28 | Excerpts from Telegram (Dennis Dep. Ex. 12) | JA 268 to JA 306 |
| 29 | 10/25/2021 Email from UCOR CEO Ken Rueter (Bates 1239 Confidential) | JA 307 |
| 30 | Defendant UCOR's Answers to Interrogatories | JA 308 to JA 321 |
| 31 | Speer Position Statement | JA 322 to JA 329 |
| 32 | Dennis Position Statement | JA 330 to JA 338 |
| 33 | Duncan Position Statement | JA 339 to JA 346 |
| 34 | Speer Religious Exemption Request Form (Malarkey Dep. Ex. 6) | JA 347 to JA 348 |
| 35 | Dennis Religious Exemption Request Form (Malarkey Dep. Ex. 8) | JA 349 to JA 350 |
| 36 | Duncan Religious Exemption Request Form (Malarkey Dep. Ex. 9) | JA 351 to JA 352 |