# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CARLTON SPEER, MALENA DENNIS, and ZACHARIAH DUNCAN, <br><br> Plaintiffs, <br><br> v. <br><br> UCOR LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

No.: 3:22-cv-00426-TRM-JEM

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of all claims with prejudice. Each party shall bear his, her, and its own attorneys' fees and discretionary costs.

RESPECTFULLY SUBMITTED,

 s/ Jesse D. Nelson
JESSE D. NELSON (BPR # 025602)
CLINT J. COLEMAN (BPR # 038413)
NELSON LAW GROUP, PLLC
10263 Kingston Pike
Knoxville, TN 37922
(865) 383-1053
jesse@NLGattorneys.com
clint@NLGattorneys.com

*Attorneys for Plaintiffs*

 s/ William S. Rutchow
William S. Rutchow
Darius Walker, Jr.
401 Commerce Street, Suite 1200
Nashville, TN 37219
William.rutchow@ogletree.com
Darius.walker@ogletree.com

Luci Nelson
300 North Main Street
Greenville, SC 29601
Luci.nelson@ogletree.com

*Attorneys for UCOR LLC*

## CERTIFICATE OF SERVICE

    I certify that this document or pleading was served via this Court's ECF Filing System on all users authorized and directed to receive such service. Dated: January 23, 2025.

                                                 _s/ Jesse D. Nelson_